FILED
SUPERIOR COURT
OF GUAM

2020 DEC 30 PM 5: 00

CLERK OF COURT

BY: _____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| LINDA TUNG,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>DANIEL DEL PRIORE<br><br>　　　　　　Defendant. | CIVIL CASE NO. CV0394-20<br><br><br>**DECISION AND ORDER** |

## INTRODUCTION

This matter came before the Honorable Arthur R. Barcinas on December 3, 2020, upon the Defendant's Motion to Dismiss Complaint Without Prejudice filed October 8, 2020. The Plaintiff is represented by Attorney Terrence M. Brooks. The Defendant is *pro se*. Having reviewed the pleadings and considered the arguments and relevant legal authorities in this matter, the Court issues the following Decision and Order.

## BACKGROUND

On June 17, 2020, the Plaintiff filed a Complaint for Unpaid Rent against the Defendant in the Superior Court of Guam. The Defendant was personally served with the Summons and Complaint on June 25, 2020. The Defendant filed his Answer and Affirmative Defenses on July 13, 2020.

On October 8, 2020, the Defendant filed the instant motion, requesting that the Court dismiss this matter without prejudice, and order the parties to mediate their dispute pursuant Mediation Clause contained in the Lease, the subject of the Complaint. On October 22, 2020,

the Plaintiff filed an Opposition. While the Plaintiff does not oppose mediation of this matter, she does object to the matter being dismissed. Instead, the Plaintiff requests that the matter be referred for mediation, and that the case be stayed pending the outcome of the mediation.

On December 3, 2020, a hearing was held on the instant motion. The Plaintiff appearing *pro se*, and counsel for the Defendant, appeared via Zoom. Subsequently, at the conclusion of the hearing, the Court took the matter under advisement.

## DISCUSSION

Pursuant to the Local rules of the Superior Court, "[a]t any time after a case is filed, parties may agree by stipulation or the assigned judge may initiate mediation." Local R. Super. Ct., MR 4.1.5. Further, when the assigned judge determines a stay would be beneficial, a stay of all proceedings, a portion of the proceedings or of discovery may be ordered. *Id.* at MR 4.1.9 (c). "All applicable limitation periods, including periods of prescription, shall be tolled or extended upon commencement of mediation, and shall remain tolled until the tenth (10th) day following the termination of mediation." *Id.*

Here, both parties are agreeable to mediation of this matter pursuant to the terms of the terms of the lease agreement at issue. Thus, the parties having mutually agreed, and the Court having determined this matter appropriate for mediation, hereby **ORDERS** that this matter be referred to Inafa' Maloek 297 West O'Brien Dr., Hagtna, Guam 96910 (475-1977), for mediation. It is further **ORDERED** that the parties immediately contact the mediation service provider to make arrangements for scheduling mediation. While this matter remains referred to mediation, it is **STAYED** in its entirety. A hearing on Status of Mediation within approximately one hundred twenty (120) days of this Order is set for _____.

Accordingly, for the foregoing reasons, the Court **DENIES** the Defendant's Motion to Dismiss without Prejudice, and instead, **ORDERS** the matter to mediation as provided above.

## CONCLUSION

the Court **DENIES** the Defendant's Motion to Dismiss without Prejudice. Instead, the Court hereby **ORDERS** that this matter be referred to Inafa' Maloek 297 West O'Brien Dr., Hagtana, Guam 96910 (475-1977), for mediation. It is further **ORDERED** that the parties

immediately contact the mediation service provider to make arrangements for scheduling mediation. While this matter remains referred to mediation, it is **STAYED** in its entirety. A hearing on Status of Mediation within approximately one hundred twenty (120) days of this Order is set for **April 29, 2021 at 10:00am**, via zoom. Meeting ID: 881 7867 1332; Passcode: 074988.

**IT IS SO ORDERED** _____DEC 3 0 2020_____ .



**HONORABLE ARTHUR R. BARCINAS**
**Judge, Superior Court of Guam**

SERVICE VIA E-MAIL
I acknowledge that an electronic copy of the original was e-mailed to:
Brolg
DEL PRIORE
Date: 12/30/20

Deputy Clerk, Superior Court of Guam